81,650-02

Dear Abel Acosta,

Wednesday
6-10-15

    I'm writing in regards to a particular case number that I'd like to know the status on.

~~TR. CT. No. C-2-0102836~~

TR. CT. NO. C-2-010236-1256110-B    WR-81,650-02

The reason why I'm writing is because I've recieved a response from the state saying that a case was pending. Please respond back with the status on the above Trial Court Number. Thank you for your time and concern.

Sincerly,
Joel Garza

Joel GARZA # 1837353
Michael Unit
2664 F.M. 2054
Tennessee Colony, Tx. 75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk